HARTIGAN, Respondent, v. HARDEN BROS. TRUCKING CO., Appellant. (Supreme Court, Appellate Division, Second De-

partment. January 20, 1905.) Action by John J. Hartigan against the Harden Brothers Trucking Company. No opinion. Judgment and order unanimously affirmed, with costs.